1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

COTTRELL L. BROADNAX,

No.  1:25-cv-00285-SAB (PC)

12

Plaintiff,

ORDER DIRECTING PLAINTIFF TO
SUBMIT COMPLETED APPLICATION TO
PROCEED IN FORMA PAUPERIS WITHIN
TWENTY DAYS

13

v.

14

STATE CONTROLLER'S OFFICE, et al.,

15

Defendants.

(ECF No. 15)

16
17
18

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

19

Plaintiff filed the instant action February 7, 2025, in the United States District Court for

20

the Northern District of California.  On March 5, 2025, the action was transferred to this Court.

(ECF No. 8.)

21
22

On March 7, 2025, the Court ordered Plaintiff to submit a completed application to

23

proceed in forma pauperis or pay the $405.00 filing fee for this action.  (ECF No. 13.)

24

On April 7, 2025, Plaintiff submit a copy of his prisoner trust account.  (ECF No. 15.)

25

However, to date, Plaintiff has not submitted a completed and signed application to proceed in

26

forma pauperis in this action.  Without a proper application, the Court cannot authorize Plaintiff

27

to proceed in forma pauperis in this action, and the action cannot proceed forward.  Accordingly,

28

it is HEREBY ORDERED that:

1

1.  The Clerk of Court shall send Plaintiff an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

2.  Within **twenty (20)** days from the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $405.00 filing fee for this action;

3.  No requests for extension will be granted without a showing of good cause; and

4.  Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2