UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE CONTROLLER'S OFFICE, et al.,<br><br>　　　　　Defendants. | No.  1:25-cv-00285-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL WITHOUT PREJUDICE<br><br>(ECF No. 24) |

　　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　　On May 29, 2025, Plaintiff filed a request wherein he seeks the appointment of counsel. (ECF No. 24.)

　　　　Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require any attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298 (1989).  However, in certain exceptional circumstances the court may request the voluntary assistance of counsel pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

///

Without a reasonable method of securing and compensating counsel, the Court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, the district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

In the present case, the Court does not find the required exceptional circumstances. A cursory review of Plaintiff's complaint demonstrates that, although somewhat vague, he has adequately presented his challenge to the withdrawal of funds from his trust account to pay filing fee for cases filed in this Court, and the claim does not appear legally complex. (ECF No. 5.) In addition, because the Court has yet to screen Plaintiff's complaint, it cannot determine whether he is likely to succeed on the merits of his claims. Accordingly, Plaintiff's the motion for appointment of counsel is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: __May 30, 2025__   _____
STANLEY A. BOONE
United States Magistrate Judge