UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

COTTRELL L. BROADNAX,

Plaintiff,

v.

STATE CONTROLLER'S OFFICE, et al.,

Defendants.

No. 1:25-cv-00285-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION

Doc. 27

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2025, the assigned magistrate judge issued findings and recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief. Doc. 27. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 5. Plaintiff filed objections on August 14, 2025. Doc. 28. Plaintiff's objections fail to meaningfully address the findings and recommendations, and they do not identify any cognizable claim for relief.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, including plaintiff's objections, the

Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 24, 2025, Doc. 27, are adopted;
2. This action is dismissed, without leave to amend, for failure to state a cognizable claim for relief; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 26, 2026

UNITED STATES DISTRICT JUDGE